# 980 CASES REPORTED WITH BRIEF SYLLABI.

CLARA S. BARCLAY, as Trustee, etc., Respondent, v. REGINALD G. BARCLAY, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

BROADWAY PHOTOPLAY COMPANY, Respondent, v. WORLD FILM CORPORATION, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

FRANK F. PAGE, Appellant, v. HORACE F. PEYSER, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

HYMAN BAUMAN and Another, Appellants, v. AERO WAIST COMPANY, Respondent.—Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

DAN H. CASLAR, as Administrator, etc., Respondent, v. CAFÉ DE PARIS, INC., Appellant.—Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

MARGARET FLYNN, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

BESSIE SEIDMAN, an Infant, etc., Appellant, v. THE ADAVINE CONSTRUCTION CORPORATION, Respondent.—Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of JOHN T. MULHALL, an Attorney.— Reference ordered to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Judicial Settlement of the Account of ENOCH G. MEGRUE, as Executor, etc., of JOSEPH R. MEGRUE, Deceased, Appellant. ANNA LOUISE BELL, Respondent.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

PATRICK GALLAGHER, Respondent, v. THE ANCIENT ORDER OF HIBERNIANS OF NEW YORK COUNTY and Another, Appellants, Impleaded with VAN WAGONER-LINN CONSTRUCTION COMPANY and Others, Respondants.—Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

EDWARD LASKA, Respondent, v. CHARLES K. HARRIS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. HEANEY, Relator, v. ARTHUR WOODS, as Police Commissioner of the Police Department of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.